IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00683-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2007

GREGORY C. LANGHAM
CLERK

CHRISTOPHER J. GREY, (aka Catherine Grey),

Plaintiff,

v.

BILL RITTER, Governor for Colorado,
ALBERT N. MOSKOWITZ, Section Chief, U.S. Dept. of Justice, Special Litigation,
RICHARD F. O'DONNELL, Exec. Dir. Colo. Dept. of Regulatory Agencies,
AMOS D. MARTINEZ, Program Dir. Colo. Dept. of Regulatory Agencies,
ARI ZAVARAS, Dir. of Prisons for Colorado,
KEN SALAZAR, Former Attorney General for Colorado,
BARRY PARDUS, Dir. of Clinical Services for Colo. DOC,
JAMES T. MICHAUD, Chief of Mental Health for Colorado DOC,
JENNIFER VEIGA, Esq., Senator for Colo. and Atty. at Law,
LIEUTENANT JOFFE, Hearings Officer at Limon Correctional Facility,
CAPTAIN RICHARD HOWARD, Unit Officer at Limon Correctional Facility,
SERGEANT HUFF, Unit Officer at Limon Correctional Facility,
CATHIE HOLST, Manager of CDOC Correctional Legal Services,
BEVERLY THOMPSON, Property (no other employment designation known),
ANTHONY A. DeCESARO, Step III Grievance Officer for CDOC,
CHARLES OLIN, Head of Mental Health for Fremont Correctional Facility,
JANIS SYLVIA, Licensed Clinical Social Worker @ FCF,
JOHN P. McGILL, Licensed Practical Counselor @ FCF,
LORRAINE GILLEY, a Psychiatric Nurse @ FCF,
CYNTHIA SENNETT, Clinic Supervisor @ Denver Receiving Diagnostic Center,
FRED HUDSON, Day Nursing Supervisor @ DRDC,
JOHN HORANT, Health Services Administrator @ DRDC, and
TWO TRANSPORT OFFICERS @ LIMON CORRECTIONAL FACILITY,

Defendants.

---

ORDER DISMISSING CASE

---

On August 9, 2007, Magistrate Judge Boyd N. Boland ordered Plaintiff to show cause why the instant action should not be dismissed because Plaintiff has failed to

make any filing fee payments. On September 5, 2007, Plaintiff filed a "Motion to Withdraw" seeking to withdraw the instant action without prejudice.

The Court must construe the motion liberally because Plaintiff is not represented by an attorney. ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. ***See*** J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. ***See Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Motion to Withdraw" filed on September 5, 2007, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of September 5, 2007, the date the notice was filed in this action.

DATED at Denver, Colorado, this 12 day of Sept., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00683-BNB

Christopher J. Grey
Prisoner No. 109069
Arkansas Valley Corr. Facility
PO Box 1000 - Unit 4
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9-12-7

GREGORY C. LANGHAM, CLERK

By: ange
Deputy Clerk